# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

No. 1D17-0405

——————————————————

JOSE N. VAZQUEZ FIGUEROA,

    Appellant,

    v.

HON. DANIEL D. RAULERSON, in his Capacity as a Candidate; CRAIG LATIMER, in his Official Capacity as Supervisor of Elections of Hillsborough County, Florida; KRISTY REID BRONSON, in her Official Capacity as Chief of Bureau of Election Records, Division of Elections, State of Florida; and KEN DETZNER, in his Official Capacity as Secretary of Florida Department of State,

    Appellees.

——————————————————

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

July 9, 2018

PER CURIAM.

AFFIRMED. *See McPherson v. Flynn*, 397 So. 2d 665, 667-68 (Fla. 1981) (holding courts have no jurisdiction after an election to determine an individual's right to hold office); *Norman v.*

*Ambler*, 46 So. 3d 178, 183 (Fla. 1st DCA 2010) (holding that circuit court was without power to entertain defeated candidate's challenge to primary opponent's qualification for state senate based on alleged inaccuracies in financial disclosure forms because primary had already occurred).

LEWIS, KELSEY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jose N. Vazquez Figueroa, pro se, Appellant.

Emmett Mitchell, IV, Roger N. Beaubien, and Richard E. Coates, Coates Law Firm, PL, Tallahassee, for Appellee Daniel D. Raulerson; David A. Fugett, General Counsel, and Jesse Dyer, Assistant General Counsel, Florida Department of State, Tallahassee, for Appellees Ken Detzner and Kristy Reid Willis f/k/a Kristy Reid Bronson; Mary Helen Farris, General Counsel, and Robert E. Brazel, Chief Assistant County Attorney, Office of the County Attorney, Tampa, for Appellee Craig Latimer.